[No. 20083-0-II.    Division Two.    February 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN HIDEO O'CONNOR, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 93-1-00693-8, Richard A. Strophy, J., entered November 3, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[Nos. 33863-3-I; 34660-1-I.    Division One.    February 24, 1997.]

MARY JAMERSON, ET AL., *Appellants*, v. GERALDINE VANDIVER, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 91-2-05872-5, Donald D. Haley, J., entered November 22, 1993. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Ellington, JJ. Withdrawn April 7, 1997. Amended opinion published in part at 85 Wn. App. 564.

[No. 35570-8-I.    Division One.    February 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN BULICHI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01259-9, Joseph A Thibodeau, J., entered November 7, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Ellington, JJ.

[No. 36199-6-I.    Division One.    February 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRELL L. STONE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00443-8, Joseph A. Thibodeau, J., entered January 26, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Cox and Ellington, JJ.